447 A.2d 666

Precision Offset Prtg. Co. v. Photo Motion.

Appeal of: Multicom Corp., Intervenor.

Argued October 6, 1981. Richard F. Stern, for appellant; Parke Ulrich, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order affirmed.

447 A.2d 667

Rainbow Int'l Inc. v. Select Publish Corp.

Appeal of Arnold Select Publish Corp., A New Jersey Corp.

Argued February 1, 1982. Charles K. Plotnick, for appellant; Steven T. Stern, for appellee.

Before WICKERSHAM, ROWLEY and McEWEN, JJ.

The order of the learned Montgomery County Common Pleas Court Judge Louis E. Stefan is affirmed.